No. 71–571. GENERAL MOTORS CORP. *v.* CITY OF LOS ANGELES. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 71–5297. SEKERES *v.* ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 70–5305. DIGESUALDO ET AL. *v.* SHEA, DIRECTOR OF DEPARTMENT OF SOCIAL SERVICES, ET AL. Appeal from D. C. Colo. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Townsend* v. *Swank, ante,* p. 282.

No. 70–5047. MULLINS *v.* UNITED STATES. C. A. 4th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Bass, ante,* p. 336. MR. JUSTICE BLACKMUN, with whom THE CHIEF JUSTICE joins, dissents for reasons stated in his dissenting opinion in *United States* v. *Bass, supra,* at 351. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.